IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:09-825 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Loreze Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for appointment of counsel "to assist me in my Simmons claim." Mot. at 1 (ECF No. 1166, filed Oct. 9, 2012).

Defendant has no "Simmons claim" pending before this court. Moreover, Defendant has no pending matter before this court which qualifies him for the appointment of counsel.[1]

Defendant's motion for appointment of counsel is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 15, 2012

---

[1]Defendant filed a motion to compel the Government to file a Rule 35 motion. ECF No. 1165 (filed Oct. 9, 2012). There is no constitutional or statutory right to counsel to assist Defendant in this matter.