IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:09-825 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Angelo Brown, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for "a sworn affidavit that shows all the P.S.R.'s my name has been used in and for all the cooperating that I did." Mot. at 1 (ECF No. 1192.

Such relief is not available. Accordingly, Defendant's motion is **denied**.

**IT IS SO ORDERED**.

                                                s/ Cameron McGowan Currie
                                                CAMERON McGOWAN CURRIE
                                                UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 17, 2013